```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
ASSURE GLOBAL, LLC,                                     :
                                                        :
                                                        :
                        Plaintiff,                      :
                                                        :         21-cv-5785 (LJL)
        -v-                                             :
                                                        :            ORDER
ANDERSON, et al.,                                       :
                                                        :
                        Defendants.                     :
                                                        :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2021

LEWIS J. LIMAN, United States District Judge:

The Court issued an order on August 2, 2021, scheduling an initial pretrial conference for September 14, 2021. Dkt. No. 7. No counsel appeared, and counsel also failed to file a case management plan as directed in that order. There has been no activity in this case since early July. Fed. R. Civ. P. 41(b) "gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute." *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

Accordingly, Plaintiff is directed to file a letter with the Court on or before October 5, 2021, stating whether it intends to prosecute the case, and, if so, explaining why it should be permitted to do so given its prior failures to respond to the Court's deadlines and appear at the initial pretrial conference.

SO ORDERED.

Dated: September 14, 2021         _____
       New York, New York                  LEWIS J. LIMAN
                                       United States District Judge