```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ASSURE GLOBAL, LLC d/b/a WeShield,                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :          21-cv-5785 (LJL)
         -v-                                                           :
                                                                       :          OPINION AND ORDER
AARON ANDERSON and AXXEUM, LLC,                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/24/2022

LEWIS J. LIMAN, United States District Judge:

This action was filed on July 6, 2021. Dkt. No. 1. The complaint invokes diversity jurisdiction pursuant to 28 U.S.C. § 1332, but it does not specify the citizenship of Defendant Axxeum, LLC, Plaintiff Assure Global, LLC, or their members. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (stating that, for diversity purposes, a limited liability company has the citizenship of each of its members and a limited partnership has the citizenship of each of its general and limited partners).

Plaintiff is directed to file a letter with the Court by June 7, 2022 showing cause why the complaint should not be dismissed for failure to plead diversity jurisdiction. If Plaintiff cannot do so, the complaint will be dismissed without prejudice, and the pending motion for default judgment will be dismissed as moot.

SO ORDERED.

Dated: May 24, 2022
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge