UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ASSURE GLOBAL, LLC d/b/a WESHIELD,    :
:
Plaintiff,    :
:   21-cv-05785 (LJL)
-v-    :
:   ORDER
AARON ANDERSON and AXXEUM, LLC,    :
:
Defendants.    :
:
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2023
```

LEWIS J. LIMAN, United States District Judge:

The Status Conference previously set for February 28, 2023, is rescheduled to March 2, 2023, at 2:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court will address the issues raised in Plaintiff's letter filed on 2/13/2023 at Dkt. No. 41.

SO ORDERED.

Dated: February 28, 2023
       New York, New York

                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge