UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC d/b/a WESHIELD,

                       Plaintiff,

-v-

AARON ANDERSON and AXXEUM, LLC,

                       Defendants.

CIVIL ACTION NO.: 21 Civ. 5785 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Defendant Aaron Anderson ("Mr. Anderson") has requested, via email to chambers, an adjournment of the settlement conference (the "Conference") currently scheduled for July 17, 2023, so that he can undertake efforts to obtain counsel to represent him in this matter. The request is GRANTED, as follows:

1. The Conference is adjourned, sine die, in order to provide Mr. Anderson with time to obtain counsel.

2. By **August 11, 2023**, Mr. Anderson or his new counsel shall file a letter on the docket advising the Court on the status of his representation, and whether he is prepared to proceed—whether pro se or with the assistance of counsel—with the Conference.

Mr. Anderson is advised of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic by visiting its website at nylag.org/pro-se-clinic, or by calling 212-659-6190. This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

The Clerk of Court is respectfully directed to terminate the Conference and to mail a copy of this order to Mr. Anderson. Plaintiff's counsel shall promptly provide a copy of this order to Mr. Anderson by email without copy to chambers.

Dated:     New York, New York
             July 11, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge