UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSURE GLOBAL, LLC d/b/a WESHIELD, <br><br> Plaintiff, <br><br> -v- <br><br> AARON ANDERSON and AXXEUM, LLC, <br><br> Defendants. | CIVIL ACTION NO. 21 Civ. 5785 (LJL) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On July 12, 2023, the Court granted the request of pro se Defendant Aaron Anderson ("Mr. Anderson") to adjourn the scheduled settlement conference to provide him with time to obtain counsel to represent him in this matter. (ECF No. 52). By August 11, 2023, Mr. Anderson or his new counsel was required to file a letter on the docket advising the Court on the status of Mr. Anderson's representation, and whether he was prepared to proceed—whether pro se or with the assistance of counsel—with a settlement conference. (Id.) That deadline has passed, and Mr. Anderson has not filed a letter with the Court as directed.

As a one-time courtesy, the Court sua sponte EXTENDS Mr. Anderson's deadline to do so to **August 18, 2023**. Mr. Anderson is reminded of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic by visiting its website at nylag.org/pro-se-clinic, or by calling 212-659-6190. This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Anderson. Plaintiff's counsel shall promptly provide a copy of this order to Mr. Anderson by email without copy to chambers.

Dated:     New York, New York
           August 14, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge
