UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSURE GLOBAL, LLC d/b/a WESHIELD,<br><br>                                        Plaintiff,<br><br>   -v-<br><br>AARON ANDERSON and AXXEUM, LLC,<br><br>                                        Defendants. | CIVIL ACTION NO. 21 Civ. 5785 (LJL) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the failure of pro se Defendant Aaron Anderson ("Mr. Anderson") to comply with or respond to the Court's most recent orders (ECF Nos. 52; 53), the Court presumes that Mr. Anderson is no longer interested in a settlement conference with the Court and has implicitly chosen to proceed with litigation and discovery before the Honorable Lewis J. Liman.

Accordingly, the settlement conference previously adjourned sine die (ECF No. 52) is CANCELLED.  Should the parties mutually agree that a settlement conference would be productive, they may submit a **joint** request for a settlement conference with the undersigned at that time.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Anderson. Plaintiff's counsel shall promptly provide a copy of this order to Mr. Anderson by email without copy to chambers.

Dated:       New York, New York
               August 21, 2023

                                               SO ORDERED.

                                               _____
                                               **SARAH L. CAVE**
                                               **United States Magistrate Judge**