UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2023
```

-------------------------------------------------------------------X
               :

ASSURE GLOBAL, LLC,          :

               :

          Plaintiff,     :

               :      21-cv-5785 (LJL)

     -v-          :

               :       ORDER

AARON ANDERSON ET AL.,     :

               :

         Defendants.   :

               :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court previously denied Plaintiff's motion for a default judgment against Axxeum, LLC as premature in light of the fact that Plaintiff also named Anderson as a Defendant, directing Plaintiff to indicate whether it intended to litigate against Defendant Anderson.  Dkt. No. 50.  Plaintiff has indicated that it intends to continue to litigate against Anderson.  Dkt. No. 51.  In light of this indication, the Inquest Hearing previously scheduled for August 30, 2023, is cancelled and Plaintiff and Anderson are directed to submit a proposed Case Management Plan by August 29, 2023.   The deadlines in all prior Case Management Plans are vacated.

       A telephone conference on this matter is scheduled for August 31, 2023 at 11:00AM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.


       SO ORDERED.


Dated: August 22, 2023
      New York, New York          _____
                             LEWIS J. LIMAN
                        United States District Judge