UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2023
```

---------------------------------------------------------------------X
                                                  :
ASSURE GLOBAL, LLC,                               :
                                                  :
                              Plaintiff,          :
                                                  :               21-cv-5785 (LJL)
                -v-                               :
                                                  :               ORDER
AARON ANDERSON ET AL.,                            :
                                                  :
                              Defendants.         :
                                                  :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

　　　The Court held a telephone conference on August 31, 2023 with both parties present.  As discussed at the conference, the parties will be referred to the Magistrate Judge for settlement purposes through separate order of the Court.  The proposed case management plan, Dkt. No. 58, will be entered as amended to reflect a deadline of November 10, 2023 for any motion to amend or join additional parties.  Defendant Anderson is directed to answer the complaint by September 29, 2023.  The Court will request pro bono counsel be assigned to Defendant for settlement purposes through separate order.

　　　SO ORDERED.

Dated: August 31, 2023
　　　New York, New York                    _____
                                                        LEWIS J. LIMAN
                                                  United States District Judge