UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC d/b/a WESHIELD,

                                        Plaintiff,

    -v-

AARON ANDERSON and AXXEUM, LLC,

                                      Defendants.

CIVIL ACTION NO. 21 Civ. 5785 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has granted Defendant's request for appointment of pro bono counsel to represent him in this matter for the purposes of settlement. (ECF No. 63). Accordingly, following the filing of pro bono counsel's notice of appearance, the Court will issue an Order scheduling a telephone conference to schedule a settlement conference.

Dated:       New York, New York
               September 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge