UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC d/b/a WESHIELD,

                   Plaintiff,

-v-

AARON ANDERSON and AXXEUM, LLC,

                   Defendants.

CIVIL ACTION NO. 21 Civ. 5785 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 16, 2025, the Honorable Lewis J. Liman referred this matter to the undersigned for settlement and to conduct an inquest following default. (ECF No. 82). A telephone conference regarding these issues is scheduled for **Friday, January 31, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 161-006-579#, at the scheduled time.

Dated:    New York, New York
            January 21, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge