```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ASSURE GLOBAL, LLC,                                                  :
                                                                     :
                        Plaintiff,                                   :
                                                                     :     21-cv-5785 (LJL)
        -v-                                                          :
                                                                     :     ORDER
AARON ANDERSON, ET AL.,                                              :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2025

LEWIS J. LIMAN, United States District Judge:

On August 1, 2024, Plaintiff Assure Global, LLC d/b/a WeShield ("Assure") moved for default judgment against Defendants Aaron Anderson and Axxeum, LLC. Dkt. No. 75. On January 16, 2025, the Court granted Assure's motion for default judgment with respect to liability and denied the motion with respect to damages. Dkt. No. 81. The Court referred the case to Magistrate Judge Sarah L. Cave for an inquest on damages. *Id.* at 17.

On July 28, 2024, Judge Cave issued a report and recommendation recommending that Assure be awarded no damages, but that it be awarded costs in the amount of $1,108.10. Dkt. No. 91. Judge Cave advised the parties that they had fourteen (14) days to file written objections to the report and recommendation. *Id.* at 17. No such objections have been filed.

In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any

2

objection, the Court reviews the report and recommendation only for clear error. *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the report and recommendation for clear error and, finding none, hereby ORDERS that the report and recommendation is ADOPTED in its entirety and AWARDS Assure costs in the amount of $1,108.10.

The Clerk of Court is respectfully directed to enter judgment in favor of Assure in the amount of $1,108.10 and to close the case.

SO ORDERED.

Dated: June 18, 2025
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge