**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ASSURE GLOBAL, LLC.,

                Plaintiff,                21 **CIVIL** 5785 (LJL)

    -against-                        **JUDGMENT**

AARON ANDERSON, ET AL.,

                Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 18, 2025, the report and recommendation is ADOPTED in its entirety and AWARDS Assure costs in the amount of $1,108.10. Judgment entered in favor of Assure in the amount of $1,108.10 and the case is closed.

**Dated:** New York, New York
           June 20, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**